IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OSUMANE CISSE,

      Plaintiff,

v.                                                                          1:15-cv-1997-WSD

AHAD ENTERPRISE, INC.,

      Defendant.

## ORDER

This Court, having read the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "Motion"), and for good cause shown;

**IT IS HEREBY ORDERED** that the proposed Settlement Agreement attached as Exhibit "A" to the Parties' Motion is **APPROVED**, and the Parties' Motion to Dismiss with prejudice is **GRANTED**. Plaintiff's claims against Defendant are HEREBY dismissed with prejudice.

**SO ORDERED** this 5th day of June, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE